# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144080

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v                                                                SC: 144080
                                                                 COA: 298435
                                                                 Osceola CC: 09-004265-FC
JOHN PAUL WEIDNER,
         Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the September 20, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
                    Clerk

p0319